Rev. 10/2015 Prisoner Complaint



FILED

SEP 2 7 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. _____

(To be filled out by Clerk's Office only)

LORENZO M. PLEDGER
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 56850-056

-against-

UNITED STATES OF AMERICA,

US ATTORNEY GENERAL, LORRETTA LYNCH

CHARLES SAMUEL.JR, DIRECTOR OF B.O.P,

J.F.CARAWAY, MID-ATLANTIC DIRECTOR OF B.O.P

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Rev. 10/2015 Prisoner Complaint

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- ☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

- ☒    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- ☒    Action under Federal Tort Claims Act (federal defendants)

## II.    PLAINTIFF INFORMATION

Lorenzo M. Pledger
_____
Name

56850-**05b** (Lmp)
_____
Prisoner ID #

FCI2, Butner
_____
Place of Detention

P.o. Box 1500
_____
Institutional Address

Butner,                NC                    27509
_____
City                          State              Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- ☐    Pretrial detainee    ☐ State     ☒ Federal
- ☐    Civilly committed detainee
- ☐    Immigration detainee
- ☐    Convicted and sentenced state prisoner
- ☒    Convicted and sentenced federal prisoner

Rev. 10/2015 Prisoner Complaint

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  Lorretta Lynch
Name

U.S. Attorney General,
Current Job Title

N/a
Current Work Address

N/a
City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both


Defendant 2:  Charles Samuels.Jr
Name

Director of Federal Bureau of Prisons
Current Job Title

320 First st., N.W.
Current Work Address

Washington,                  DC                      20534
City                          State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Rev. 10/2015 Prisoner Complaint

### Defendant(s) Continued

Defendant 3:   J.F.Caraway
_____
Name

Regional Director for Mid-Atlantic Region of BOP
_____
Current Job Title

302 Sentinel Dr, Ste 200
_____
Current Work Address

Annapolis,                    Md                20701
_____
City                    State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 4:   C.Williams
_____
Name

Warden of FCI-Gilmer, FBOP
_____
Current Job Title

201 FCI Lane, P.O. BOX 5000
_____
Current Work Address

Glenville,                    WV                26351
_____
City                    State                Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

See attachment 4/10

Defendant 5: United States of America

Address: USA
Capacity in which being sued: Indvidual or Official *Individual

Defendant 6: Mr.Weaver

Current Job Title: Health Service Administrator FCI-Gilmer

Address: 201 Fci lane,

P.O. Box 5000 Glenville, WV.26351

Capacity in which being sued: Individual or official *Both

Defendant 7: Ms.Grove

Current Job Title: Assistant Health Service Administrator FCI- Gilmer

Addres: 201 Fci lane,

P.O. Box5000 Glenville, WV.26351

Capacity in which being sued: Idividual or Official *Both

Defendant 8: E.Anderson

Current Job Title: D.O., Health Service of FCI-Gilmer

Address: 201 Fci Lane,

P.O. Box 5000 Glenville, WV.26351

Capacity in which being sued: Individual or Official *Both

Defendant 9: T.Savidge

Current Job Title: MD/CD, Health Service of FCI-Gilmer

Address: 201 Fci lane,

P.O. Box 5000 Glenville, WV.26351

Capacity in which being sued: Individual or Official *Both

See attachment 4/10

Defendant 10: Joshua Hall

Current Job Title: RN/IOP/IDC, Health service FCI-Gilmer

Address: 201 Fci lane,

P.O. Box 5000 Glenville WV.26351

Capacity in which being sued: Individual or Official *Both


Defendant 11: Johanna Lehmann

Current Job Title: PA-C, Health Service FCI-Gilmer

Address: 201 Fci lane,

P.O. Box 5000 Glenville WV.26351

Capacity in which being sued: Individual or Official *Both


Defendant 12: Mrs.Alicia Wilson

Current Job Title: PA., Health Service FCI-Gilmer

Address: 201 Fci lane,

P.O. Box 5000 Glenville WV.26351

Capacity in which being sued: Individual or Official *Both


Defendant 13: Andrea Smith-Posey

Current Job Title: RN, Health Service FCI-Gilmer

Address: 201 Fci lane,

P.O. Box 5000 Glenville WV.26351

Capacity in which being sued: Individual or Official *Both

See attachment 4/10

Defendant 14: Ms.Carson

Current Job Title: RN, Health Service FCI—Gilmer

Address: 201 Fci lane,

P.O. Box 5000 Glenville WV.26351

Capacity in which being sued: Individual or Official *Both


Defendant 15: Andrea Hall

Current Job Title: RN, Health Service FCI—Gilmer

Address: 201 Fci lane,

P.O. Box 5000 Glenville WV.26351

Capacity in which being sued: Individual or Official *Both


Defendant 16: S.Hudnall

Current Job Title: RN, Health Service FCI—Gilmer

Address: 201 Fci lane,

P.O. Box 5000 Glenville WV.26351

Capacity in which being sued: Individual or Official *Both


Defendant 17: Lanasa Salvatore

Current Job Title: MD, St.Joseph's Hospital

Address:Buckhannon, WV.

Capacity in which being sued: Individual or Official *Both


Defendant 18: St.Joesph's Hospital

Address: Buckannon WV.

Capacity in which being sued: Individual or Official *Both

## V.   STATEMENT OF CLAIM

Place(s) of occurrence:  FCI-Gilmer, In Glenville, WV

Date(s) of occurrence:  3/24/15 to 9/25/15

State which of your federal constitutional or federal statutory rights have been violated:

Violation of Petitioners Eigth Amendment Rights as guaranted by the United states constitution
, that of deliberate indifference to serious medical needs.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Petitioner was diagnosed with Crohn's in 2004. Starting on or before march 9,2015, petitioner

went to FCI-Gilmer health service with a flare up of his crohn's, with severe abdominal

pain. Since this time petitioner has been seen by health service on the following dates: 3/9/15,

3/24/15, 4/7/15, 5/19/15/, 5/28/15, 6/5/15, 6/16/15, 6/17/15/, 6/25/15, 7/20/15,
7/8/15, 7/27/15, 8/14/15, 8/17/15, 8/21/15, 8/22/15, 8/26/15, 8/28/15, 9/8/15,

| Who did what to you? |

for server pain caused by his Crohn's. On 3/24/15, Defendant Savidge prescribed

Prednisone, on 4/7/15, Defendant continue medication did not recommend any further

tests. On or about 5/19/15, Petitioner was sent out of prison to St, Joseph's hospi-

tal for a Endoscopy and for Colonoscopy, hospital told petitioner he did not have

Crohn's by Defendent Salvatore. petitioner alleges that endoscopy, and colonoscopy was

not performed correctly  in order for misdignosis of no Crohn's.  On 6/5/15, again

seen by Defendent Savidge, with server abdominal pain, ordered abdominal. ultrasound,
lab and new medication. On 6/16/15, again seen by defendant Savidge, no action taken.

On 6/17/15, Petitioner went to medical opened housewith server pain, no action taken.

On 6/25/15, seen by defendant Savidge, with server pain, server weight loss, action taken-

new lab requests. On 7/8/15, petitioner seen by PA Alicia wilson with abdominal pain

Rev. 10/2015 Prisoner Complaint

a knot in right side abdominal, explain medication not helping. On 7/20/15, seen by

Defendent Savidge, told don't like iron supplement because makes me feel sick. Told

| What happened to you? |

Defendent Savidge, was worried by the continous pain and sever weight loss, ask about

ultarsound. ON 7/27/15, seen by Defendent Lehmann, told symptoms the same and does not

take iron supplement becuse it binds up bowels,Defendant notes the "knot" on the right

side, sounds like possible hernia- non- palpable on exam.

On 8/14/15, seen by Defendent Lehmann, during exam, finds- palpable & tender firm RLQ

mass. Petitioner still has not had a ultrasound or GI consult. On 8/17/15, seen by Defen-

dant Hudnall concerning the knot in stomach that hurts, explained that pain has gotten

worse, unable to eat regulery and loss of about 45 pounds of weight, explained that

medication expired and not renewed. On 8/17/15, sent a electronic cop-out to camp Adm-

inistrator, Defendant Williams, bringing to his attention the deliberate indifference

to my serious medical needs and the delayed treatment and/or procedures.

| When did it happen to you? |

On 8/21/15, seen by Defendent J.Hall and E.Aderson, explained pain had gotten worse and

worried about something is going to burst open. Defendent E.Anderson, Questioned pet-

itioner about commissary purcases, petitioner explained those purchases were for trading

of foods he could eat that did not worsen his pain. On8/21/15, sent electronic cop-out

to Defendent Williams concerning the delay being seen by medical personnel.

On 8/26/15, went to sick call, seen by Defendent Smith-Posey about server, and constant

pain, knot in right side, no action taken because waiting on consult. On 8/26/15,

sent a electronic cop-out to Defendent williams about deliberat indifference to my serious

medical needs. On 8/28/15 per procedures, Petitioner returned to sick call with server

pain and knot(s) in stomach, no action taken because already scheduled for follow up.

| Where did it happen to you? |

On 8/29/15, tried to go to Health service but was denied treatment or review by Defendent

Carson. On 8/30/15, sent electronic cop-out to Defendant Williams about being  denied

medical care and deliberate indifference. On 9/1/15, asked Unit officer to call medical

to see if they would see petitioner because of extreme pain, defendant Ms. Hall replied back

to Unit officer to have petitioner come to sick call, sent an electronic cop-out to Defen-

dant Williams appraising him of this situation. On 9/8/15, petitioner sent to Health

service after falling out from "extreme pain". Seen by both Defendants Anderson, and

| | |
|---|---|
| **What was your injury?** | Smith-Posey. Petitioner was taken to outside medical facility, specficelly Stone wall Jackson Hospital center, while at Stone Wall Jackson, a section of Petitioners colon was removed because of extreme blockage. Staff at Stone Wall Jackson informed petitioner If BOP had waited another month he would have likely died. |

Because of the deliberate indifference to my medical needs the defendants unnecessarily placed my life in danger and caused me to needlessly suffer server pain and worry that something was really wrong.

Claim 2: Violation of Petitioners Eighth Amendment Rights as guaranteed by the United States contitution, that of being deprived a basic human needs.

Supporting facts: The facts as written in 1 shows that the defendants by their acts and/or omissions deprived the petitioner of a basic human need, that of medical care. As the petitioner is an inmate within the Federal Bureau of Prison he has a constitutional guarantee of receiving medical care and treatment. The Defendants by their acts, omissions or the lengthy delay of receiving the neccessory medical care and treatment unlawfully placed petitioner at rick of death and caused him to unnecessorily suffer server pain for a prolonged period of time.

Caim 3: Violation of petitioner's 5th, 8th, 11th, & 14th Amendment Rights as gaurnteed by the United States Constitution, specifically forcing and/or allowing petitioner to suffer cruel unusual punishment.

Supporting facts: The facts as written in claim 1 shows that the Defendants by their action(s) and/or omissions allowed the petitioner to needlessly suffer cruel and unusual punishment..When petitioner was sentence, it was not to spend months suffering server and or extreme pain for no penological reason. The petitioner went to health services because his crohn's was flairing up and in server pain, the defendants ignored his pleas for help The defendants tried to get petitioner to accept a different medication, but ignored his cries when he explained the medication was not helping or making things worse, finally the defendants recmmended an ultra sound, but three months later no ultra sound had been done, nor any other diagnostic test performed.

Rev. 10/2015 PrisonerComplain          See attachment 7/10

The petitioner was left in sevrver pain until he finally collapsed and was taken to an outside hospital where the emergency surgery had to be performed to save petitioners life. Two months prior to the emergency a mass and/ or knot was detected in petitioners lower right abdominal, but no test or diagnostic was done.

The defendants intentionally left petitioner in a dangerous situation with a condition that could have ultimately caused petitioner's death. Plaitiff-petitioner will continue to suffer because of defendants acts and omission.

Claims 4: Defendants have committed tort against petitioner by the negligence of federal employees.

Supporting facts: The facts as written in claim 1 shows that federal employees and/or contractors were negligence when they failed to provide constitutional guaranteed medical care . A reasonable prudent person would have concluded that there must be a server medical problem when an inmate continually complains of server pain and then to not follow up on requests for diagnostic testing is negligence, bordering on the criminal. Federal employees and/or contractors had a duty to provide appropriate and/or necessary medical care. These employees and/or contractors were negligent in their action(s) and/ or inaction(s) and the result that if the petitioner had not collapsed when he did, could have resulted in his death. The United States of America had a duty, by and through its employees and/or contractors to provide adequate and necessary medical care to the petitioner. The defendants breached that duty when its employees and/or contractors negligently failed to provide to the medical care guaranteed to the petitioner by the laws and constitution of the United States. Because the defendants breached its duty has caused the petitioner to needlssly suffer from extreme pain and cruel and unusual punishment.

See attachment 7/10

Claims 5: Defendants have committed tort against petitioner by intentional in-
fliction of emotional distress.

Supporting facts: The fact as written in claim 1, shows that the United states
of America by and through its employees and/or contractors have caused petitio-
ner to suffer server emotional distress. The defendants caused petitioner so
much distress that he was afraid for his life. The lack of action or even care
of employees and/or contractors is so shocking that it defies logic.

   The petitioners distress was so bad that he told Health service that he
would be dead before any test would be done. The defendants action(s) and/or
inaction(s) have cause tort against petitioner.


Injury:

   The petitioner suffered server extreme pain needlessly, was caused to suffer
cruel and unusual punishment and server pain, and/or extreme emotional distress
and the loss of section of his colon. The defendants have violated petitioner's
constitutional rights and have caused and/or allowed tortuous action(s) against
the petitioner.

Rev. 10/2015 Prisoner Complaint

## VI.   ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No
    If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?   ☒ Yes   ☐ No
    If no, explain why not:

_____

_____

_____

_____

## VII.   RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

The Petitioner sues and seeks damages under the Federal Tort claim Act and sues and seeks

damages from the Defendants in both their individual and official capacity. The Petitioner

sues the Defendants jointly and serverly for the followin:

Actual Damages of $25,000,000.00

Compensatory **Damages of $25,000,000.00**

Punative Damages of $25,000,000.00

Post and Prejudgment interest . Any and all

appropriat attorney fees and/or legal cost or fees. Any and all damages this Honorable

court deems appropriate.

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?                    ☐ Yes    ☒ No

     If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Rev. 10/2015 Prisoner Complaint

## IX.   PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

| | |
|---|---|
| 5/31/16 | *Lorenzo M. Pledger* (signature) |
| Dated | Plaintiff's Signature |

Lorenzo M.Pledger

Printed Name

56850-056

Prison Identification #

FCI Butner 2 P.O. Box 1500 Butner, NC 27509

| Prison Address | City | State | Zip Code |
|---|---|---|---|